Michael MARTIN, Appellant,

v.

**MISSOURI DIVISION OF SOCIAL SERVICES, Respondent.**

**No. 51115.**

Missouri Court of Appeals, Eastern District.

Sept. 2, 1986.

John J. Riley, Clayton, for appellant.

Paul T. Keller, Public Counsel, Jefferson City, for respondent.

### ORDER

PER CURIAM.

Claimant appeals from the trial court's order affirming an order of the Director of Missouri Division of Family Services. We find no error and that the order is supported by competent and substantial evidence. A written opinion would serve no precedential value. Accordingly, the judgment is affirmed pursuant to Rule 84.16(b).